NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5118

PHU MANG PHANG,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims
in 08-CV-647, Chief Judge Emily C. Hewitt.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

Phu Mang Phang moves for an extension of time to file his opening brief.

This appeal was dismissed on October 15, 2009 due to the appellant's failure to file an opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The mandate will be recalled, the October 15, 2009 dismissal order will be vacated, and the appeal will be reinstated, if Phang files his opening brief (form enclosed) within 30 days of the date of filing of this order. No further extensions.

FOR THE COURT

NOV 25 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Phu Mang Phang
Robert E. Chandler, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 25 2009

JAN HORBALY
CLERK